In his amended brief, the appellant raises what he designates as four points on appeal. In all four points, he claims that the trial court erred in dismissing his Rule 29.15 motion as being untimely and successive. In Point I, he claims that the trial court erred because it "abused it's [*sic*] discretion by refusing to rule and grant [his] motion for entry of default judgment." In Point II, he claims that the trial court erred because "the trial court abused it's [*sic*] discretion when it ruled that the refiled motion was untimely and successive." In Point III, he claims that the trial court erred because "appellant's initial motion filed pursuant to S.Ct. Rule 29.15 was dismissed without prejudice." In Point IV, he claims that the trial court erred because "the judgment entered in the case of *State v. Byron L. East,* Case Number CR695–891FX and Case Number CV399–22CC is a void judgment."

We affirm pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Attorney General, Roger W. Johnson, Assistant Attorney General, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., and MARY K. HOFF, J., and NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Movant, Billy J. Barr, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. On appeal, movant argues that his plea counsel rendered ineffective assistance by failing to inform him that a court ordered program would cost $225.00.

The motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).

**Billy J. BARR, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 87297.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 12, 2007.

Scott Thompson, District Defender, St. Louis, MO, for appellant.

**Roger L. STOTTLE, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

**No. 27830.**

Missouri Court of Appeals,
Southern District,
Division One.

June 26, 2007.